# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SANDRA MORIN STEWART | § | |
| | § | Civil Action No. 4:17-CV-623 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| FRISCO POLICE DEPARTMENT | § | |

## MEMORANDUM ADOPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the amended report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 20, 2017, the amended report of the Magistrate Judge (Dkt. #14) was entered containing proposed findings of fact and recommendations that Plaintiff Sandra Morin Stewart's claims be dismissed pursuant to Federal Rule of Civil Procedure 41. Plaintiff's acknowledgement of receipt of the amended report was docketed on January 29, 2018 (Dkt. #17).

Having received the amended report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's amended report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 4th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE